```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
MELISSA CASTALDI,                           O R D E R

                  Plaintiff,                CV-06-4687 (ARR)

     -against-

FORD MOTOR COMPANY,

                  Defendants.
---------------------------------X
```

An initial conference will be held in the above-captioned case on December 13, 2006 at 12:30 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

**Plaintiff's counsel is requested to confirm that all necessary participants are aware of this conference**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
       September 1, 2006

                                            _____
                                            JOAN M. AZRACK
                                            UNITED STATES MAGISTRATE JUDGE